U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 2 3 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| KRYSTAL DAWN JEANE<br>VS. | CIVIL ACTION NO. 05-1983<br>SECTION P |
| WARDEN, AVOYELLES WOMENS<br>CORRECTIONAL CENTER | JUDGE DRELL<br><br>MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITHOUT PREJUDICE** for failing to exhaust available state remedies.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 22ND day of MAY, 2006.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**